UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

JERRY L HARRISON )
1221 Jamesons Mill Road )
Culpeper, VA 22701 )
)
)
Plaintiff, )
) Civil Action No.
v. )
)
WASHINGTON METROPOLITAN )
AREA TRANSIT AUTHORITY )
600 5th Street, N.W. )
Washington, DC 20001 )
)
Defendant. )
)

**COMPLAINT FOR RELIEF FROM DISCRIMINATION
AND RETALIATION IN EMPLOYMENT**
**Jurisdiction**

1. Plaintiff, Jerry Harrison, who is African-American, was consistently denied overtime pay because of his race, and because he had opposed unlawful race discrimination by his supervisor, Rex Downey. Harrison then complained about this retaliation, and suffered even further reprisals at the hands of Downey and his supervisors at the Washington Metropolitan Area Transit Authority ("WMATA"). This is an action to remedy defendant's race discrimination and retaliation in violation of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e et seq. This Court has jurisdiction under 42 U.S.C. § 2000e-5(f)(3). Venue lies in this District under 42 U.S.C. § 2000e-5(f)(3).

**Parties**

2. Jerry Harrison has worked for WMATA as a Mason for nineteen years. He is a resident of Virginia. At the time of the events at issue in this lawsuit, Plaintiff was stationed out of Washington, D.C. and regularly worked in the District of Columbia.

3. WMATA is an entity created by interstate compact to provide bus and rail transportation service in the Washington, D.C. metropolitan area. WMATA does business in and maintains offices, including its headquarters, in Washington, D.C. WMATA is an employer as defined in 42 U.S.C. § 2000e(b) and employs well over 500 employees.

**Facts**

4. Jerry Harrison is a Class AA Mason. His work performance has consistently been exemplary, and he is among the most experienced and skilled masons on WMATA's staff. Harrison's race is African-American.

5. During the events at issue in this lawsuit, Harrison was supervised by Rex Downey. Downey is white. Downey has repeatedly made racist remarks to and about Plaintiff, and about other minority employees.

6. In November 2002, Harrison raised grievances through both WMATA's Civil Rights Office and Grievance process alleging that Downey had repeatedly denied him positions to serve as Leadman (acting supervisor) and had given those assignments to a less senior, less qualified white employee (Tim Pickens) because of his race. The grievances were mediated and ultimately resolved through a settlement in January 2003.

7. In early 2006, Downey repeatedly denied Harrison, who was the most senior Mason on his shift, the opportunity to work overtime and instead assigned hundreds of hours of overtime to other employees, who had less seniority, including Tim Pickens, in violation of

WMATA policy and practice for assigning overtime work. When Harrison asked for overtime opportunities, Downey lied to him, and told him that there were no overtime opportunities available for anyone.

8. Rex Downey denied Jerry Harrison significant hours of overtime work because of Harrison's race and in reprisal for his having previously accused Downey of racial discrimination.

9. Harrison again raised concerns within WMATA that he was being subjected to race discrimination and retaliation, and he filed a formal complaint with the U.S. Equal Employment Opportunity Commission. Since that time, Downey and his supervisors have further retaliated against him by: (1) soliciting other employees to fabricate allegations of misconduct against Harrison to try to justify disciplining him, (2) falsely accusing Harrison of violations of procedures, and reprimanding him for these false accusations, (3) cursing at and disparaging Harrison in front of other employees, (4) telling other employees that Downey was "going to get" Harrison, (5) imposing conditions for the use of medical leave not imposed on other employees, (6) harassing Harrison about leave he requested, (7) denying Harrison shift assignments to which he was entitled by virtue of his seniority and performance; and (8) canceling all overtime opportunities for employees within Harrison's unit, thus depriving Harrison and his colleagues of any further opportunity to earn overtime in the unit.

10. The actions of Downey and his supervisors, as described herein, are the actions of WMATA, as are the actions of all other WMATA officials responsible for the treatment Harrison has encountered. WMATA's actions have caused Harrison pecuniary and nonpecuniary loss, and the discrimination and retaliation that he has endured has caused him emotional pain, suffering, inconvenience, mental anguish and loss of enjoyment of life.

11. All prerequisites to suit under Title VII have been satisfied. Harrison filed a timely charge with the Equal Employment Opportunity Commission, and his complaint has been pending for more than 180 days. He has received a notice of right to sue, and timely filed this lawsuit.

## COUNT ONE
### RETALIATORY AND RACE-BASED DENIAL OF OVERTIME PAY

12. Paragraphs 1-11 are realleged.

13. WMATA denied Plaintiff overtime work and pay to which he was entitled by virtue of his performance, skills and seniority, because of his prior complaints of discrimination and/or because of his race, in violation of Title VII of the Civil Rights Act of 1964.

## COUNT TWO
### ADDITIONAL REPRISALS

14. Paragraphs 1-11 are realleged. WMATA further retaliated against Plaintiff by (1) soliciting other employees to fabricate allegations of misconduct against Plaintiff to try to justify disciplining him, (2) falsely accusing Plaintiff of misconduct and reprimanding him for these false accusations, (3) cursing at and disparaging Plaintiff in front of other employees, (4) telling other employees he was "going to get" Plaintiff, (5) imposing conditions for the use of medical leave not imposed on other employees, (6) harassing Plaintiff about leave he requested, (7) denying Plaintiff shift assignments to which he was entitled by virtue of his seniority and performance; and (8) canceling all overtime opportunities for employees within Plaintiff's unit, thus depriving Plaintiff of any further opportunity to earn overtime in the unit, in retaliation for his protected complaints of discrimination and in violation of Title VII of the Civil Rights Act of 1964.

## RELIEF

Plaintiff requests that this Court:

1) Declare that defendant has violated Title VII;

2) Award Plaintiff overtime compensation for all overtime work he was unlawfully denied, together with any and all related benefits, with prejudgment interest;

3) Award plaintiff compensatory damages in an amount to be proved at trial;

4) Enjoin defendant from further acts of discrimination and retaliation;

5) Award plaintiff his reasonable attorneys' fees and expenses;

6) Issue such other relief as the Court deems just.

## JURY DEMAND

Plaintiff requests trial by jury as to all issues in this case.

*[signature]*

Richard A. Salzman 422497

HELLER, HURON, CHERTKOF
LERNER, SIMON & SALZMAN
1730 M Street, N.W., Suite 412
Washington, DC 20036
(202) 293-8090

Attorneys for plaintiff

# CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

## I (a) PLAINTIFFS

JERRY L. HARRISON
1221 Jamesons Mill Road
Culpeper, VA 22701

## DEFENDANTS

WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY
600 5th Street, NW
Washington, DC 20001

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

RICHARD A. SALZMAN (422497)
Heller, Huron, Chertkof, Lerner, Simon & Salzman
1730 M Street, NW, Suite 412
Washington, DC 20036

ATTORNEYS (IF KNOWN)

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

○ 1 U.S. Government Plaintiff
● 3 Federal Question (U.S. Government Not a Party)
○ 2 U.S. Government Defendant
○ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

### ○ A. Antitrust
☐ 410 Antitrust

### ○ B. Personal Injury/Malpractice
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### ○ C. Administrative Agency Review
☐ 151 Medicare Act

**Social Security:**
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

**Other Statutes**
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ○ D. Temporary Restraining Order/Preliminary Injunction

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

### ○ E. General Civil (Other) OR ○ F. Pro Se General Civil

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| ○ G. **Habeas Corpus/ 2255** | ⦿ H. **Employment Discrimination** | ○ I. **FOIA/PRIVACY ACT** | ○ J. **Student Loan** |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☒ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| ○ K. **Labor/ERISA (non-employment)** | ○ L. **Other Civil Rights (non-employment)** | ○ M. **Contract** | ○ N. **Three-Judge Court** |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
- ⦿ 1 Original Proceeding
- ○ 2 Removed from State Court
- ○ 3 Remanded from Appellate Court
- ○ 4 Reinstated or Reopened
- ○ 5 Transferred from another district (specify)
- ○ 6 Multi district Litigation
- ○ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
Title VII, Civil Rights Act 1964

**VII. REQUESTED IN COMPLAINT**     ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23     DEMAND $ 300,000     Check YES only if demanded in complaint
JURY DEMAND:     YES ☒     NO ☐

**VIII. RELATED CASE(S) IF ANY**     (See instruction)     YES ☐     NO ☒     If yes, please complete related case form.

DATE 3/7/08     SIGNATURE OF ATTORNEY OF RECORD _[signature]_

INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed <u>only</u> if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the <u>primary</u> cause of action found in your complaint. You may select only <u>one</u> category. You <u>must</u> also select <u>one</u> corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.