IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JERRY HARRISON

        Plaintiff,

v.                                         Civil Action No.: 1:08-cv-00410 (RWR)

WASHINGTON METROPOLITAN AREA
TRANSIT AUTHORITY

        Defendant.

## PROOF OF SERVICE

Attached hereto is a return receipt card from the United States Postal Service reflecting service of the summons and complaint by certified mail on the defendant herein was effected on March 10, 2008.

_/s/ Richard A. Salzman_
Richard A. Salzman, 422497
HELLER, HURON, CHERTKOF
LERNER, SIMON & SALZMAN
1730 M Street, NW
Suite 412
Washington, DC 20036
(202) 293-8090

Attorneys for Plaintiff

CERTIFICATE OF SERVICE

I hereby certify that the foregoing Proof of Service was served by first class mail, postage prepaid on March 10, 2008 to:

       WASHINGTON METROPOLITAN
        ARE TRANSIT AUTHORITY
       600 5th Street, NW
       Washington, DC 20001

                                    Richard A. Salzman

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

JERRY L. HARRISON
1221 Jamesons Mill Road
Culpeper, Va  22701

**SUMMONS IN A CIVIL CASE**

V.

WASHINGTON METROPOLITAN
 AREA TRANSIT AUTHORITY
600 5th Street, N.W.
Washington, DC  20001

Case: 1:08-cv-00410
Assigned To : Roberts, Richard W.
Assign. Date : 3/10/2008
Description: Employ. Discrim.

CASE N

TO: (Name and address of Defendant)

WASHINGTON METROPOLITAN
 AREA TRANSIT AUTHORITY
600 5th Street, N.W.
Washington, DC  20001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

RICHARD A. SALZMAN (422497)
Heller, Huron, Chertkof, Lerner, Simon & Salzman, PLLC
1730 M Street, NW, Suite 412
Washington, DC  20036

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                MAR 10 2008
CLERK                                   DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 3/10/2008 |
| NAME OF SERVER *(PRINT)* <br> Gretchen R. Waller | TITLE <br> Legal Assistant/Office Manager |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Certified Mail/Return Receipt _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12/06/2007       *Gretchen R. Waller*
            Date              Signature of Server

Heller, Huron, Chertkof, Lerner, Simon & Salzman
1730 M Street, NW, Suite 412, Washington, DC  20036
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Re: Jerry L. Harrison

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 0.97 |
| Certified Fee | 2.65 |
| Return Reciept Fee (Endorsement Required) | 2.15 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ 5.77 |

Postmark Here

Sent To: Washington Metro Transrt Authority
Street, Apt. No.; or PO Box No.: 600 5th St, NW
City, State, ZIP+4: Washington, DC 20001

PS Form 3800, June 2002                See Reverse for Instructions

7003 3110 0004 1112 4855

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Washington Metropolitan
Area Transit Authority
600 5th St, NW
Washington, DC 20001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____   ☑ Agent
                    ☐ Addressee

B. Received by (Printed Name): S Serrian
C. Date of Delivery: 3/12/08

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
7003 3110 0004 1112 4855

PS Form 3811, August 2001    Domestic Return Receipt    102595-01-M-0381