UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JERRY L. HARRISON )<br>1221 Jamesons Mill Road )<br>Culpepper, Virginia 22701 )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>WASHINGTON METROPOLITAN )<br>AREA TRANSIT AUTHORITY )<br>600 Fifth St., N.W. )<br>Washington, D.C. 20001 )<br>)<br>    Defendant ) | No. 1:08-cv-00410(RWR) |

### ANSWER OF DEFENDANT WMATA

Defendant WMATA, by and through counsel, for its answer, states as follows:

### FIRST DEFENSE

The complaint fails to state a claim upon which relief can be granted.

### SECOND DEFENSE

1.      Paragraph 1 purports to state the nature of this case and requires no answer. To the extent an answer is required, in answer to the first sentence, WMATA admits that Jerry L. Harrison purports to identify himself as African-American and is an employee of WMATA. WMATA denies the remainder of the first sentence. In response to the second sentence, WMATA admits that plaintiff has complained of discrimination internally at WMATA. WMATA denies the remainder of the second sentence. In response to the third sentence, WMATA admits that this is an action

1

under Title VII of the Civil Rights Act of 1964.  In response to the fourth sentence, WMATA admits that this Court has jurisdiction under Section 80 of the WMATA Compact, Pub. L. No. 89-774, 80 Stat. 1324 (1966) and Title VII.  In response to the fifth sentence, WMATA admits that venue is proper in this Court.

      2.      The first sentence is admitted.  WMATA lacks sufficient knowledge, information or belief to admit or deny the second sentence and on that basis denies said sentence.

      3.      Admitted, except that WMATA, as a governmental entity denies it is "doing business."

      4.      WMATA admits the first sentence of paragraph 4.  WMATA admits that plaintiff identifies himself as African-American.  Except as expressly admitted, WMATA lacks sufficient knowledge, information or belief as to the remainder of paragraph 4 and on that basis denies said allegations.

      5,      WMATA admits the first and second sentences.  WMATA denies the third sentence.

      6.      WMATA admits that Harrison submitted a grievance through the grievance process in November 2002 and that said grievance was settled in January 2003.  WMATA denies that it treated plaintiff differently because of his race.  WMATA lacks sufficient knowledge, information or belief to form an answer to the remaining allegations of paragraph 6 and on that basis denies said allegations.

      7.      Denied.

      8.      Denied.

      9.      WMATA admits that Harrison filed a complaint within WMATA and a

Charge with the EEOC, which speaks for itself. Except as expressly admitted, WMATA denies the remainder of the allegations of paragraph 9.

10. Denied.

11. The allegations of paragraph 11 are legal in nature and require no response. To the extent a response is required, WMATA lacks sufficient knowledge, information or belief to affirm or deny the allegations of paragraph 11 and on that basis denies said allegations.

## COUNT ONE

### RETALIATORY AND RACE-BASED DENIAL OF OVERTIME PAY

12. WMATA incorporates by reference paragraphs 1-11 above.

13. Denied.

## COUNT TWO

### ADDITIONAL REPRISALS

14. Paragraphs 1-11 are incorporated by reference. The remainder of paragraph 14 is denied.

The prayer for relief requires no answer. To the extent an answer is required, WMATA denies that it is liable to plaintiff or that plaintiff was harmed in any respect.

## THIRD DEFENSE

If discovery provides a basis therefore, plaintiff has failed to exhaust administrative remedies.

## FOURTH DEFENSE

If discovery provides a basis therefore, plaintiff's claims are barred by the statute

3

of limitations.

## FIFTH DEFENSE

Plaintiff has failed to mitigate his damages.

WHEREFORE, WMATA prays that plaintiff take nothing by his Complaint, and costs be awarded in favor of WMATA.

Respectfully submitted,

WASHINGTON METROPOLITAN
AREA TRANSIT AUTHORITY

Carol B. O'Keeffe #445277
General Counsel

Mark F. Sullivan #430876
Deputy General Counsel

_____/s/_____
David J. Shaffer #413484
WMATA
600 Fifth St., N.W.
Washington, D.C. 20001
(202) 962-2820
Dshaffer@wmata.co
Attorneys for Defendant WMATA