UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JERRY L. HARRISON ) <br> ) <br>     Plaintiff, ) <br> ) <br>     v. ) <br> ) <br> WASHINGTON METROPOLITAN ) <br> AREA TRANSIT AUTHORITY ) <br> ) <br>     Defendant ) | No. 1:08-cv-00410(RWR) <br><br> Initial Conference 6/20/08 9:00 a.m. |

**CONSENT MOTION TO RESCHEDULE INITIAL CONFERENCE**

Defendant WMATA, with the consent of counsel for plaintiff hereby moves to reschedule the status conference that the Court reset from June 20 to June 21 on the grounds that WMATA's counsel has a pre-existing conflict with the new date.

    Counsel for the parties have conferred and contacted the Court's courtrome deputy, and propose the following three alternative dates for the conference: May 27, June 3 or June 5.

Respectfully submitted,

WASHINGTON METROPOLITAN
AREA TRANSIT AUTHORITY

      /S/
David J. Shaffer (#413484)
600 Fifth St., N.W.
Washington, D.C. 20001
(202) 962-2820
(202) 962-2550 (fax)
Dshaffer@wmata.com
Attorneys for Defendant WMATA

|  | /s/ |
|---|---|
|  | Richard A. Salzman |
|  | HELLER, HURON, CHERTKOF, |
|  | LERNER, SIMON & SALZMAN, PLLC |
|  | 1730 M Street, NW |
|  | Suite 412 |
|  | Washington, DC 20036 |
|  | (202) 293-8090 |
|  | (202) 293-7110 (fax) |
|  | salzman@hellerhuron.com |
|  | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JERRY L. HARRISON | ) | |
| | ) | |
| Plaintiff, | ) | No. 1:08-cv-00410(RWR) |
| | ) | |
| v. | ) | Initial Conference 6/20/08 9:00 a.m. |
| | ) | |
| WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY | ) ) | |
| | ) | |
| Defendant | ) | |

**ORDER GRANTING CONSENT MOTION TO RESCHEDULE INITIAL CONFERENCE**

The Court, having considered WMATA's Consent Motion to Reschedule the Initial Conference and good cause appearing, IT IS HEREBY ORDERED THAT: The Initial Conference shall take place on _____, 2008 at _____.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Richard W. Roberts
　　　　　　　　　　　　　　　　　　　　United States District Judge